```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :   11-cr-989 (JSR)
        -v-                         :
                                    :       ORDER
WALTER GARCIA                       :
                                    :
    Defendant.                      :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The representation of the defendant in the above captioned matter is assigned to C.J.A. Attorney on duty May 22, 2020, Avrom Robin, for the purpose of making a motion for compassionate release.

SO ORDERED

Dated:   New York, NY

         May 22, 2020

_____
United States District Judge

1