GARCIA, Walter         N04-241L
Reg. No. 39621-066

This is in response to your Request for Compassionate Release/Reduction in Sentence Consideration dated April 3, 2020. You request a Compassionate Release based on "Other Elderly Inmates. Inmates age 65 or older who have served the greater of 10 years or 75% of the term of imprisonment to which the inmate was sentenced."

A thorough review of your request was completed utilizing Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence</u>. This review indicated you have only served 32.7% of your federal sentence. You do not meet the eligibility criteria.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting COVID-19 does not currently warrant an early release from your sentence.

Accordingly, your request for Compassionate Release/Reduction in Sentence is denied. If you are dissatisfied with this response, you may appeal through the Administrative Remedy Program.

_____          April 20, 2020
V. Moser, Warden             Date

Ex. A