# Bureau of Prisons
# Health Services
# Vitals All

| Begin Date: | 06/01/2018 | End Date: | 06/01/2019 |
|---|---|---|---|
| Reg #: | 65584-054 | Inmate Name: | GARCIA, WALTER |

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/25/2019 | 09:59 LOR | 98.1 | 36.7 | | Burk, Steven PA-C |
| | Orig Entered: 03/25/2019 10:00 EST   Burk, Steven PA-C | | | | |
| 03/21/2019 | 10:34 LOR | 97.8 | 36.6 | | Hoover, Stephanie PA-C |
| | Orig Entered: 03/21/2019 10:35 EST   Hoover, Stephanie PA-C | | | | |
| 01/22/2019 | 12:28 LOR | 97.8 | 36.6 | Oral | Weidlich, Norman HSA/NRP |
| | Orig Entered: 01/22/2019 12:29 EST   Weidlich, Norman HSA/NRP | | | | |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/13/2019 | 13:03 LOR | 71 | | | Burk, Steven PA-C |
| | Orig Entered: 05/13/2019 13:06 EST   Burk, Steven PA-C | | | | |
| 03/21/2019 | 10:34 LOR | 56 | | | Hoover, Stephanie PA-C |
| | Orig Entered: 03/21/2019 10:35 EST   Hoover, Stephanie PA-C | | | | |
| 03/07/2019 | 08:56 LOR | 67 | | | Burk, Steven PA-C |
| | Orig Entered: 03/07/2019 08:57 EST   Burk, Steven PA-C | | | | |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/21/2019 | 10:34 LOR | 16 | Hoover, Stephanie PA-C |
| | Orig Entered: 03/21/2019 10:35 EST   Hoover, Stephanie PA-C | | |

### Blood Pressure:

| | Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| ✱ | 05/15/2019 | 06:49 LOR | 133/71 | | | | Lopez, Gilbert DMD/Chief |
| | | Orig Entered: 05/15/2019 06:50 EST   Lopez, Gilbert DMD/Chief Dental Officer | | | | | |
| ✱ | 05/13/2019 | 13:03 LOR | 132/69 | | | | Burk, Steven PA-C |
| | | Orig Entered: 05/13/2019 13:06 EST   Burk, Steven PA-C | | | | | |
| ✱ | 03/21/2019 | 10:34 LOR | 145/74 | | | | Hoover, Stephanie PA-C |
| | | Orig Entered: 03/21/2019 10:35 EST   Hoover, Stephanie PA-C | | | | | |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/21/2019 | 10:34 LOR | 98 | | Hoover, Stephanie PA-C |
| | Orig Entered: 03/21/2019 10:35 EST   Hoover, Stephanie PA-C | | | |
| 03/07/2019 | 08:56 LOR | 97 | Room Air | Burk, Steven PA-C |
| | Orig Entered: 03/07/2019 08:57 EST   Burk, Steven PA-C | | | |

### Height:

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 05/13/2019 | 13:03 LOR | 67.0 | 170.2 | Burk, Steven PA-C |
| | Orig Entered: 05/13/2019 13:06 EST   Burk, Steven PA-C | | | |

Ex. B

# Bureau of Prisons
## Health Services
### Vitals All

| Begin Date: | 05/26/2019 | End Date: | 05/26/2020 |
|---|---|---|---|
| Reg #: | 65584-054 | Inmate Name: | GARCIA, WALTER |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/14/2020 | 09:30 LOR | 97.0 | 36.1 | Oral | Beppler, Brittany RN |

Orig Entered: 01/14/2020 10:09 EST   Beppler, Brittany RN

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/14/2020 | 09:30 LOR | 60 | Via Machine | | Beppler, Brittany RN |

Orig Entered: 01/14/2020 10:09 EST   Beppler, Brittany RN

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/14/2020 | 09:30 LOR | 20 | Beppler, Brittany RN |

Orig Entered: 01/14/2020 10:09 EST   Beppler, Brittany RN

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| ✳ 01/14/2020 | 09:30 LOR | 148/84 | Left Arm | Sitting | Adult-large | Beppler, Brittany RN |

Orig Entered: 01/14/2020 10:09 EST   Beppler, Brittany RN

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/14/2020 | 09:30 LOR | 96 | Room Air | Beppler, Brittany RN |

Orig Entered: 01/14/2020 10:09 EST   Beppler, Brittany RN

Ex. B