# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: GARCIA, WALTER | | Reg #: 65584-054 | |
| Date of Birth: 01/19/1950 | Sex: M   Race: WHITE | Facility: LOR | |
| Encounter Date: 03/25/2019 09:58 | Provider: Burk, Steven PA-C | Unit: N04 | |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**     **Provider:** Burk, Steven PA-C
  **Chief Complaint:** Constipation
  **Subjective:** Pt seen for f/u on chest/rib pain. He states that all the pain has resolved and no longer an issue. States he thinks it was a strained muscle.

  Secondary c/o constipation. Hard stools about every 2-3 days for the past week. Has been using otc fiber with no improvement.
  **Pain:** No

## OBJECTIVE:
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/25/2019 | 09:59 LOR | 98.1 | 36.7 | | Burk, Steven PA-C |

**Exam:**
  **Diagnostics**
    **Radiology**
      No: Results
  **General**
    **Affect**
      Yes: Pleasant, Cooperative
    **Appearance**
      Yes: Appears Well
      No: Appears Distressed, Appears in Pain, Acutely Ill
  **Abdomen**
    **Inspection**
      ✳ Yes: Obese
    **Auscultation**
      Yes: Normo-Active Bowel Sounds
    **Palpation**
      Yes: Soft
      No: Guarding, Rigidity, Tenderness on Palpation
  **Exam Comments**
    CXR and recent EKG WNL

## ASSESSMENT:

Chest pain, unspecified, R079 - Resolved
Constipation, unspecified, K5900 - Resolved

Ex.C

Inmate Name:   GARCIA, WALTER                                                                 Reg #:      65584-054
Date of Birth: 01/19/1950              Sex:     M    Race:  WHITE                              Facility:   LOR
Encounter Date: 05/13/2019 13:03       Provider: Burk, Steven PA-C                             Unit:       N04

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/13/2019 | 13:03 LOR | 71 | | | Burk, Steven PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/13/2019 | 13:03 LOR | 132/69 | | | | Burk, Steven PA-C |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 05/13/2019 | 13:03 LOR | 67.0 | 170.2 | Burk, Steven PA-C |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/13/2019 | 13:03 LOR | 195.0 | 88.5 | | Burk, Steven PA-C |

**Exam:**
  Mouth
    General
      No: Lesions
  Pulmonary
    Observation/Inspection
      Yes: Within Normal Limits
    Auscultation
      Yes: Clear to Auscultation
  Cardiovascular
    Observation
      Yes: Normal Rate, Regular Rhythm
    Auscultation
      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
      No: M/R/G

**ASSESSMENT:**

Routine general med exam at a healthcare facility, V70.0 - Resolved

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 05/20/2019 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

  Labs requested to be reviewed by:   Swindell, Kim MD/CD

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Fecal Occult Blood | One Time | | x3 | Burk, Steven PA-C |

        Order Date:   05/13/2019

**Disposition:**

Ex. C