# Bureau of Prisons
# Health Services
# Dental Routine Care
# Comp/Periodic Exam

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GARCIA, WALTER | | Reg #: | 65584-054 |
| Date of Birth: | 01/19/1950 | Sex: M  Race: WHITE | Facility: | LOR |
| Encounter Date: | 07/11/2018 12:22 | Provider: Lopez, Gilbert DMD/Chief | Unit: | N04 |

**Reviewed Health Status:** Yes

**ASSESSMENTS:**
**Health Problems Newly Identified During This Encounter:**
   Health Problem
**Allergies:**                        Denied
**Occlusion:**    Class III
**Oral Hygiene:** Fair
**CPITN:**

| 1 | x | x |
|---|---|---|
| x | 1 | x |

**Hard and soft tissue examination performed and documented:** Yes
**Head & Neck/Soft Tissue within normal limits?** Yes
**Comments:**

\* **Decayed** 0    **Missing** 22    **Filled** 12

**Additional Findings:**
**Comments:**

**Pain Assessment**
   **COMPLAINT** 1      **Provider:** Lopez, Gilbert DMD/Chief Dental
      **Pain Complaint:** No Pain Reported
      **Oral Area:** General Oral
      **Description**
      **Pain Location:**
      **Pain Scale:** 0
      **Pain Qualities:**
      **History of Trauma:**
      **Onset:**
      **Duration:**
      **Exacerbating Factors:**
      **Relieving Factors:**
      **Comments:**

**Additional Findings and Procedures**


**PROCEDURE:**
**Dental Procedures**

*See Amendment* (watermark)

Ex. D

Generated 07/11/2018 12:43 by Lopez, Gilbert DMD/Chief    Bureau of Prisons - LOR    Page 1 of 4