```
LORAG           *        INMATE EDUCATION DATA      *    06-03-2020
PAGE 001        *             TRANSCRIPT            *    12:44:15

REGISTER NO: 65584-054      NAME..: GARCIA              FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: LOR-LORETTO FCI

------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
LOR  ESL HAS    ENGLISH PROFICIENT       09-24-2013 0834 CURRENT
LOR  GED EARNED GED EARNED IN BOP        07-08-2016 0913 CURRENT

-------------------------- EDUCATION COURSES ----------------------------
SUB-FACL   DESCRIPTION                START DATE  STOP DATE EVNT AC LV  HRS
LOR        SOFTBALL OFFICIATING       03-10-2020  CURRENT
LOR        SOCCER OFFICIAL            03-10-2020  CURRENT
LOR        VOLLEYBALL OFFICIATING FCI 03-10-2020  CURRENT
LOR        GETTING IT RIGHT II - REENTRY 10-14-2019 11-18-2019  P  C  P   20
LOR        SOCCER OFFICIAL            09-19-2019  10-31-2019  P  C  P    8
LOR        VOLLEYBALL OFFICIATING FCI 09-11-2019  10-31-2019  P  C  P    5
LOR        BASKETBALL OFFICAL         09-11-2019  10-31-2019  P  C  P   11
LOR        SOCCER OFFICIAL            03-11-2019  05-01-2019  P  C  P    8
LOR        SOFTBALL OFFICIATING       03-11-2019  05-01-2019  P  C  P    6
LOR        LIFE COACH - FCI           07-01-2019  09-12-2019  P  C  P   20
LOR        GETTING IT RIGHT/PRE-RELEASE 05-13-2019 06-21-2019  P  C  P   20
LOR        VOLLEYBALL OFFICIATING FCI 03-11-2019  05-01-2019  P  C  P    5
LOR        SOCCER OFFICIAL            10-08-2018  11-15-2018  P  C  P    8
LOR        VOLLEYBALL OFFICIATING FCI 10-08-2018  11-15-2018  P  C  P    5
LOR        BASKETBALL OFFICAL         10-08-2018  11-15-2018  P  C  P   11
LOR        TYPING (KEYBOARDING)       07-19-2018  09-22-2018  P  C  P   20
LOR        MONEY SMART-FINANCIAL COURSE 06-06-2018 07-13-2018  P  C  P   20
LOR        GETTING IT RIGHT/PRE-RELEASE 04-11-2018 05-24-2018  P  C  P   20
LOR        PARENTING/MONDAY/930-1030/CR#3 04-09-2018 05-15-2018 P C  P   18
LOR        EMPLOYMENT SKILLS - FCI    03-21-2018  04-24-2018  P  C  P   20
LOR        SOCCER OFFICIAL            10-17-2017  11-16-2017  P  C  P    8
LOR        VOLLEYBALL OFFICIATING FCI 10-17-2017  11-16-2017  P  C  P    5
LOR        BASKETBALL OFFICAL         10-17-2017  11-16-2017  P  C  P   11
LOR        CPR CERTIFICATION CLASS    05-10-2017  05-10-2017  P  C  P    3
LOR        SOCCER OFFICIAL            03-07-2017  04-19-2017  P  C  P    8
LOR        PERSONAL FITNESS PART 2 - FCI 11-21-2016 02-13-2017 P C  M  120
LOR        AA (SPANISH)               09-01-2016  09-01-2016  P  C  P   60
LOR        SPANISH GED M-F 0930 / SHIELDS 09-30-2013 07-08-2016 P C P 1609
LOR        SOCCER OFFICIAL            04-18-2016  06-30-2016  P  C  P    8
LOR        2 WEEK GED WORKSHOP MATH PREP 03-14-2016 03-30-2016 P  C  P   10
LOR        AA (SPANISH)               02-25-2016  02-25-2016  P  C  P   60
LOR        ESL / K STOLZ / 730-930 M-F 10-09-2012 09-26-2013  P  C  R  422
LOR        RPP#5 RELEASE REQUIREMNTS  09-27-2012  09-27-2012  P  C  P    1
BRO  M     CALLIGRAPHY WRITING PRGM   11-28-2011  01-09-2012  P  C  P   25

-------------------------- HIGH TEST SCORES -----------------------------
TEST       SUBTEST         SCORE      TEST DATE    TEST FACL  FORM    STATE
CASAS      LIST CERT       221.0      09-24-2013   LOR        L54
           LIST PLACE      201.0      09-28-2012   LOR        1
           READ CERT       232.0      08-15-2013   LOR        523

G0002      MORE PAGES TO FOLLOW . . .
```

Ex. E

```
LORAG           *       INMATE EDUCATION DATA      *    06-03-2020
PAGE 002 OF 002 *           TRANSCRIPT             *    12:44:15

REGISTER NO: 65584-054   NAME..: GARCIA                 FUNC: PRT
FORMAT.....: TRANSCRIPT  RSP OF: LOR-LORETTO FCI
```

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| CASAS | READ PLACE | 204.0 | 09-28-2012 | LOR | 1 | |
| GED | AVERAGE | 454.0 | 07-08-2016 | LOR | PASS | DC |
| | LIT/ARTS | 410.0 | 04-28-2016 | LOR | ID | DC |
| | MATH | 430.0 | 07-08-2016 | LOR | IE | DC |
| | SCIENCE | 480.0 | 04-28-2016 | LOR | ID | DC |
| | SOC STUDY | 460.0 | 04-28-2016 | LOR | ID | DC |
| | WRITING | 490.0 | 04-28-2016 | LOR | ID | DC |
| GED PRAC | LIT/ARTS | 410.0 | 07-15-2015 | LOR | PE | |
| | MATH | 360.0 | 11-16-2015 | LOR | PD | |
| | SCIENCE | 470.0 | 04-10-2015 | LOR | PD | |
| | SOC STUDY | 550.0 | 04-02-2015 | LOR | PD | |
| | WRITING | 430.0 | 10-22-2015 | LOR | PD | |

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

Ex. E



## Individualized Needs Plan - Program Review (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Team Date: 08-25-2020

Plan is for inmate: GARCIA, WALTER 65584-054

| | | | |
|---|---|---|---|
| Facility: | LOR LORETTO FCI | Proj. Rel. Date: | 07-18-2032 |
| Name: | GARCIA, WALTER | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 65584-054 | DNA Status: | BRO04997 / 08-22-2011 |
| Age: | 70 | | |
| Date of Birth: | 01-19-1950 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| LOR | REFEREE | REFEREE REC DEPT | 01-26-2016 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| LOR | ESL HAS | ENGLISH PROFICIENT | 09-24-2013 |
| LOR | GED EARNED | GED EARNED IN BOP | 07-08-2016 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| LOR | | SOFTBALL OFFICIATING | 03-10-2020 | CURRENT |
| LOR | | SOCCER OFFICIAL | 03-10-2020 | CURRENT |
| LOR | C | GETTING IT RIGHT II - REENTRY | 10-14-2019 | 11-18-2019 |
| LOR | C | SOCCER OFFICIAL | 09-19-2019 | 10-31-2019 |
| LOR | C | VOLLEYBALL OFFICIATING FCI | 09-11-2019 | 10-31-2019 |
| LOR | C | BASKETBALL OFFICAL | 09-11-2019 | 10-31-2019 |
| LOR | C | SOCCER OFFICIAL | 03-11-2019 | 05-01-2019 |
| LOR | C | SOFTBALL OFFICIATING | 03-11-2019 | 05-01-2019 |
| LOR | C | LIFE COACH - FCI | 07-01-2019 | 09-12-2019 |
| LOR | C | GETTING IT RIGHT/PRE-RELEASE | 05-13-2019 | 06-21-2019 |
| LOR | C | VOLLEYBALL OFFICIATING FCI | 03-11-2019 | 05-01-2019 |
| LOR | C | SOCCER OFFICIAL | 10-08-2018 | 11-15-2018 |
| LOR | C | VOLLEYBALL OFFICIATING FCI | 10-08-2018 | 11-15-2018 |
| LOR | C | BASKETBALL OFFICAL | 10-08-2018 | 11-15-2018 |
| LOR | C | TYPING (KEYBOARDING) | 07-19-2018 | 09-22-2018 |
| LOR | C | MONEY SMART-FINANCIAL COURSE | 06-06-2018 | 07-13-2018 |
| LOR | C | GETTING IT RIGHT/PRE-RELEASE | 04-11-2018 | 05-24-2018 |
| LOR | C | PARENTING/MONDAY/930- | 04-09-2018 | 05-15-2018 |
| LOR | C | EMPLOYMENT SKILLS - FCI | 03-21-2018 | 04-24-2018 |
| LOR | C | SOCCER OFFICIAL | 10-17-2017 | 11-16-2017 |
| LOR | C | VOLLEYBALL OFFICIATING FCI | 10-17-2017 | 11-16-2017 |
| LOR | C | BASKETBALL OFFICAL | 10-17-2017 | 11-16-2017 |
| LOR | C | CPR CERTIFICATION CLASS | 05-10-2017 | 05-10-2017 |
| LOR | C | SOCCER OFFICIAL | 03-07-2017 | 04-19-2017 |
| LOR | C | PERSONAL FITNESS PART 2 - FCI | 11-21-2016 | 02-13-2017 |
| LOR | C | AA (SPANISH) | 09-01-2016 | 09-01-2016 |
| LOR | C | SPANISH GED M-F 0930 / SHIELDS | 09-30-2013 | 07-08-2016 |
| LOR | C | SOCCER OFFICIAL | 04-18-2016 | 06-30-2016 |
| LOR | C | 2 WEEK GED WORKSHOP MATH PREP | 03-14-2016 | 03-30-2016 |
| LOR | C | AA (SPANISH) | 02-25-2016 | 02-25-2016 |
| LOR | C | ESL / K STOLZ / 730-930 M-F | 10-09-2012 | 09-26-2013 |
| LOR | C | RPP#5 RELEASE REQUIREMNTS | 09-27-2012 | 09-27-2012 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

Ex. E

### Current Care Assignments

Sentry Data as of 08-24-2020    Individualized Needs Plan - Program Review (Inmate Copy)    Page 1 of 3



**Individualized Needs Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 01704531
Team Date: 08-25-2020

Plan is for inmate: GARCIA, WALTER   65584-054

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-16-2011 |
| CARE1-MH | CARE1-MENTAL HEALTH | 09-28-2012 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 09-25-2012 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 02-03-2020 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-26-2012 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 11-21-2012 |

### FRP Details

**Most Recent Payment Plan**

FRP Assignment: **COMPLT   FINANC RESP-COMPLETED**   Start: 05-18-2016
Inmate Decision: **AGREED   $25.00**   Frequency: **QUARTERLY**
Payments past 6 months: **$0.00**   Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $300.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

**Payment Details**

Trust Fund Deposits - Past 6 months: $1,704.40    Payments commensurate ?  N/A
New Payment Plan:   ** No data **

### Progress since last review

Inmate is currently enrolled in Soccer Official and Softball Officiating.

### Next Program Review Goals

Inmate is encouraged to enroll in Serv-Safe Certification.
Inmate is encouraged to enroll in Nursing Assistant Certification class.
Inmate is encouraged to enroll in the Coping Skills class.
Inmate is encouraged to enroll in the Basis of Disease class.
Inmate is encouraged to have enrolled in any programs recommended by Education, Psychology and Religious Services

### Long Term Goals

Inmate is encouraged to complete Serv-Safe Certification by August 2021.
Inmate is encouraged to complete Nursing Assistant Certification class by August 2021.
Inmate is encouraged to complete the Coping Skills class by August 2021.
Inmate is encouraged to complete the Basis of Disease class by August 2021.
Inmate is encouraged to have completed or have made a good effort to complete the programs recommended by Education, Psychology and Religious Services by August 2021.

### RRC/HC Placement

Recommended Placement on date 09-04-2020.

### Comments

Finance/Poverty Need Screen Is there documentation in the PSR of any of the following? __ Any history of Bankruptcy __ No bank account __ No assets nor liabilities noted in PSR _x_ Debts noted in Credit Report or other sources __ Tax Liabilities/back taxes __ Unpaid alimony/child support __ other indications of lack of financial management skills (specify) _____ YES __x__ NO _____ (if any of the above, check yes) If the answer is yes, the inmate has a financial/poverty skills need.

Ex E

 Individualized Needs Plan - Program Review    (Inmate Copy)    Page 3 of 5    SEQUENCE: 01704531
Dept. of Justice / Federal Bureau of Prisons    Team Date: 08-25-2020
Plan is for inmate: GARCIA, WALTER   65584-054

Name: GARCIA, WALTER
Register No.: 65584-054
Age: 70
Date of Birth: 01-19-1950

DNA Status: BRO04997 / 08-22-2011

_(signature)_
Inmate   (GARCIA, WALTER. Register No.: 65584-054)

8-24-2020
Date

_(signature)_
Unit Manager / Chairperson

_(signature)_
Case Manager

8-24-2020
Date

8-24-2020
Date

ExE