[Translation from Spanish to English. Punctuation added for clarity.]

October 7, 2020

My name is Walter Garcia.

I work as a referee in the recreation department here at FCI Loretto, where I am paid $30.00 per month. In this role I'm in charge of preparing everything that's necessary for [playing] the game. Also, when the event is over, I must put everything away that's been used to carry out the sport.

For all of this I don't receive any other benefit except for what I am paid for my services. With my work I help the prison population so that they can have some recreation. I also help the authorities to so that they can provide us with some recreation. I do it for soccer, softball, football, and for any field sports that are carried out. Although today, due to the pandemic, no sports are being played; but I'm ready for when they start up again.

                                  Sincerely,

                                  Walter Garcia

Ex. F