September 13, 2020

**Honorable Judge Rakoff,**

I will first like to thank you in advance for your time to read this letter. My name is Giselle Garcia Pena, I am writing this letter to you on behalf of my father Walter Garcia to be considered for an early release due to the pandemic.

My father is currently serving his sentence at Loretto, Pennsylvania, one of the facilities highly affected with outbreaks in Covid -19 cases. I feel very concerned about his health and life. My father is an erderly man, 70 years old with a history of cancer, high blood pressure, and severe allergic rhinitis making him vulnerable and in a high risk of getting sick with the deadly virus. I respectfully plead to take his health vulnerability into your consideration.

If my father would be release he would live with me, my husband and our children, we reside at [redacted] where my husband, John Rojas, also works as the superintendent for more than 5 years. We are a quite hard working family that has followed all health guidelines advice by the government. Having my dad with us at home would give him a better chance to preserve his health and live for longer.

Currently, I am unemployed due to the pandemic and since my kids are homeschooling, it has become very difficult for me to work outdoors. If we would have the opportunity to live with my father; he will help me and my kids and they would love to have time to share with their grandpa while he is still alive.

Thank you.
Sincerely,

Ex. G

September 13, 2020

**Honorable Judge Rakoff,**

I will first like to thank you in advance for your time to read this letter.

My name is Luz Dary Garcia, I am writing this letter to you on behalf of our family relative, Walter Garcia to be considered for an early release due to the pandemic.

Mr. Walter Garcia is currently serving his sentence at Loretto, Pennsylvania. Unfortunately, Loretto is among the facilities highly affected with outbreaks in Covid-19 cases. We, as a family, feel very concerned and worried about his health and life if he remains there for the rest of his sentence.

Our beloved Walter is an erderly man, 70 years old with a history of cancer, high blood pressure, arthritis and severe allergic rhinitis making him vulnerable and in a high risk of getting sick with the deadly virus. We respectfully plead to take his health vulnerability into your consideration.

If Walter would be released he would live with his daughter Giselle Garcia, her husband and children. They reside at [redacted]. This hope gives us a sense of relief through this difficult time knowing he may have the chance and the right to preserve his health and life in a better place.

Thank you.
Sincerely,

Luz D Garcia

Hans Alexander Garcia

Jhon Ruiz Arias

Ana Jenny Arias C.
Ana Jenny G. C.

Pablo Garcia

Hector Fabio Ruiz

Liliana Bueno

Sergio Ruiz Arias
Sergio Ruiz Arias

[signature] Garcia

Ex. G