UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    11-cr-989 (JSR)
          -v-                       :
                                    :    ORDER
WALTER GARCIA,                      :
                                    :
          Defendant.                :
                                    :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

   Walter Garcia again moves for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). See ECF No. 93. Garcia first moved to reduce his sentence in 2014, ECF No. 71, which the Court denied on October 27, 2015, ECF No. 81. In April of 2020, Garcia requested that a lawyer be appointed to assist him with filing a second motion to reduce his sentence, ECF No. 83, and the Court appointed counsel to do so, ECF No. 84. After briefing and oral argument on the motion, on December 8, 2020, the Court granted Garcia's motion for a reduction in sentence, see ECF No. 91, reducing Garcia's sentence from 280 to 240 months' imprisonment.

   Garcia does not raise, in his most recent motion, either any new information or any additional arguments that would change the Court's analysis as set out in its December 8, 2020 order. Accordingly, the Court's December 8, 2020 Opinion & Order, ECF No. 91, is incorporated by reference, and Garcia's new motion for a reduction in sentence, ECF No. 93, is denied.

SO ORDERED.

Dated:  New York, NY
        March 8, 2022

_____
JED S. RAKOFF, U.S.D.J.