UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

NOTICE OF APPEAL

v.

Walter Garcia,
        Defendant.

Case No: 11-CR-989 (JSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/22/2022

PLEASE TAKE NOTICE.

    The defendant hereby notice the Court of intent to appeal the order of The Honorable Judge Jed S. Rakoff, on March 8, 2022. The defendant alleges that Amendment 782 of the U.S.S.G. was not addressed in his motion. The defendant is entirely Spanish speaking and read, In which counsel is requested for representation on appeal.

March 14, 2022

By:
    _____

*Please Return a Copy. COVID-19 protocols restrict inmate copying at this time.*

Walter Garcia 65584-054
Federal Correctional
Institution Danbury
33½ Pembroke Rd., Route 37
Danbury, CT 06811

⇔65584-054⇔
Walter Garcia
Federal Correcional
33 1/2 Pembroke RD
Institution
Danbury, CT 06811
United States

WESTCHESTER NY 105

16 MAR 2022 PM 1  L



SDNY

Legal Mail

Notice of Appeal - Clerk
⇔65584-054⇔
~~Honorable Jed S Rakoff~~
~~Judge, Room 1340~~
500 Pearl ST
United States District
NEW YORK, NY 10007-1312
United States

10007-131699