```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :     11-cr-989 (JSR)
        -v-                          :
                                     :     ORDER
WALTER GARCIA,                       :
                                     :
        Defendant.                   :
                                     :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

      Walter Garcia, having already received a substantial reduction in his sentence, seeks for a second time a further sentence reduction under 18 U.S.C. § 3582(c)(1)(A). See ECF No. 97. Garcia first moved to reduce his sentence in 2014, ECF No. 71, which the Court denied on October 27, 2015, ECF No. 81. In April of 2020, Garcia requested that a lawyer be appointed to assist him with filing a second motion to reduce his sentence, ECF No. 83, and the Court, sensing that Garcia's situation had changed in the intervening six years, appointed counsel to do so, ECF No. 84. After briefing and oral argument on the motion, on December 8, 2020, the Court granted Garcia's motion for a reduction in sentence, reducing Garcia's sentence from 280 to 240 months' imprisonment. See ECF No. 91. A little more than a year later, however, in 2022, Garcia moved for a second sentence reduction under 18 U.S.C. § 3582(c)(1)(A). ECF No. 93. This Court denied the motion on March 8, 2022, because Garcia raised no new information

or additional arguments to warrant a further reduction from the December 8, 2020 reduction. <u>See</u> ECF No. 94. Garcia appealed that denial, but the Second Circuit affirmed, issuing its mandate on June 9, 2023. ECF No. 96.

In his instant motion, Garcia once more does not raise either any new information or any additional arguments that would change the Court's analysis as set out in its December 8, 2020 order or March 8, 2022 order. Accordingly, the Court's December 8, 2020 Opinion & Order, ECF No. 91, and March 8, 2022 Order, ECF No. 94, are incorporated here by reference, and Garcia's new motion for a reduction in sentence and for appointment of counsel, ECF No. 97, is denied.

SO ORDERED.

Dated:   New York, NY
         August 8, 2023                    _____
                                           JED S. RAKOFF, U.S.D.J.