```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :      11-cr-989 (JSR)
          -v-                       :
                                    :      ORDER
WALTER GARCIA,                      :
                                    :
          Defendant.                :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.:

On January 23, 2024, the Court received a letter from Walter Garcia seeking a sentence reduction under 18 U.S.C. § 3582(c)(2) because of a November 2023 amendment to the Federal Sentencing Guidelines that reduces the offense level for defendants with no criminal history points who meet certain other criteria. ECF No. 101; see U.S.S.G. § 4C1.1(a). Even assuming arguendo that Garcia qualifies for the retroactive reduction in offense level, Garcia is not entitled to a reduction in sentence. The Court "may reduce the term of imprisonment" in this circumstance only "after considering the factors set forth in section 3553(a)." 18 U.S.C. § 3582(c)(2). The Court considered those factors in Garcia's case as recently as last month, in denying a previous request for a sentence reduction. ECF No. 100.[1] In an order on December 4, 2023,

---

[1] That was Garcia's third such request; the instant motion is his fourth. One of Garcia's earlier motions for a sentence reduction was successful. On December 8, 2020, the Court reduced Garcia's sentence from 280 months to 240 months of imprisonment. ECF No. 91.

1

the Court explained, "after balancing each of the Section 3553(a) factors, that any sentence below 240 months of imprisonment would be inconsistent with the severity of Garcia's crimes." Id. at 3 (alterations and quotation marks omitted). The Court adheres to that analysis and hereby denies Garcia's motion for a sentence reduction.

SO ORDERED.

Dated: New York, NY
January 24, 2024

JED S. RAKOFF, U.S.D.J.