UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA           :          11-cr-989 (JSR)
                                   :
        -v-                        :          ORDER
                           :
WALTER GARCIA,                     :
                                   :
        Defendant.                 :
----------------------------------------x

JED S. RAKOFF, U.S.D.J.

On May 29, 2012, this Court sentenced defendant Walter Garcia to 280 months' imprisonment. ECF No. 58. On December 8, 2020, this Court partially granted Garcia's motion for sentence reduction, reducing his sentence to 240 months. ECF No. 91.

The defendant was later charged in state court for a different crime. On July 13, 2012, Garcia was sentenced by the State of New York to a 2-year term of imprisonment. The state court intended this sentence to run concurrently with the federal sentence.

Consistent with this intent, this Court hereby confirms that Garcia's federal sentence should run concurrently with the aforesaid New York State sentence.

SO ORDERED.

Dated:    New York, NY
          January 5, 2026

_____
JED S. RAKOFF, U.S.D.J.