UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,                :        11-cr-989-1 (JSR)
                                         :
           -v-                           :
                                         :        MEMORANDUM ORDER
WALTER GARCIA,                           :
                                         :
           Defendant.                    :
------------------------------------x
JED S. RAKOFF, U.S.D.J.:

On February 12, 2026, the Court denied Walter Garcia's motion for a sentence reduction because it largely repeated arguments already considered in connection with Garcia's four earlier motions. ECF No. 110. Garcia has now moved for reconsideration of the Court's denial. ECF No. 111.

The standard for evaluating a motion for reconsideration is strict. "[A] party may move for reconsideration and obtain relief only when the [party] identifies an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." Kolel Beth Yechiel Mechil of Tartikov, Inc. v. YLL Irrevocable Tr., 729 F.3d 99, 108 (2d Cir. 2013) (internal quotation marks omitted). "[R]econsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked -- matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." Van Buskirk

1

v. United Grp. of Cos., Inc., 935 F.3d 49, 54 (2d Cir. 2019) (internal quotation marks omitted).

Garcia's motion for reconsideration presents no new arguments that affect the Court's earlier reasoning. Indeed, Garcia's motion reasserts the same arguments that the Court rejected in its most recent Order denying his motion for a sentence reduction, as well as arguments he raised in previous motions for a sentence reduction. Accordingly, Garcia's motion is hereby denied. The Clerk of Court is respectfully directed to close ECF No. 111.

SO ORDERED.

Dated:    New York, NY
          March 26, 2026

                                    JED S. RAKOFF, U.S.D.J.